| USA-74-24B (Rev. 05/01) | | UNDER SEAL | | | Sealed<br>Public and unofficial staff access to this instrument are prohibited by court order |
| --- | --- | --- | --- | --- | --- |
| | | CRIMINAL DOCKET | | | |
| HOUSTON DIVISION | | United States Courts<br>Southern District of Texas<br>F I L E D | | No. 20-13 | |
| USAO Number: 2019R27783 | | | | | |
| Magistrate Number: 4:19mj2353 | | JAN 08 2020 | | | |
| CRIMINAL INDICTMENT | | Filed David J. Bradley, Clerk of Court | | Judge: Gilmore | |
| UNITED STATES of AMERICA | | ATTORNEYS: | | | |
| vs. | | RYAN K. PATRICK, USA | | (713) 567-9000 | |
| | | ARTHUR R. JONES, AUSA | | (713) 567-9000 | |
| | | | | Appt'd | Private |
| FRED EDWARD WASHINGTON, JR. [Cts.1,3&4] | | | | ☐ | ☐ |
| KENESHA STEELE [Cts.2-4] | | | | ☐ | ☐ |
| SEBASTIAN FLEURISAINT aka "SEBASTIEN FLEURISSAINT" [Cts. 5&6] | | | | ☐ | ☐ |
| AHMED MOSBAH NASSAR [Cts.5&6] | | | | ☐ | ☐ |
| | | | | ☐ | ☐ |

| | |
| --- | --- |
| CHARGE:<br>(TOTAL)<br>(COUNTS:)<br>( 6 ) | Ct. 1: Bribery of Public Official and Witnesses [18 USC §§ 201(b)(2) and 2] |
| | Ct. 2: Bribery of Public Official and Witnesses [18 USC §§ 201(b)(1) and 2] |
| | Ct. 3: Providing or Possessing Contraband in Prison [18 USC §§ 1791(a)(1), 1791(b)(1) and 2] |
| | Ct. 4: Providing or Possessing Contraband in Prison [18 USC §§ 1791(a)(1), 1791(b)(3) and 2] |
| | Ct. 5: Providing or Possessing Contraband in Prison [18 USC §§ 1791(a)(2), 1791(b)(1) and 2] |
| | Ct. 6: Providing or Possessing Contraband in Prison [18 USC §§ 1791(a)(2), 1791(b)(3) and 2] |

PENALTY: Cts. 1-2: Up to 15 years imprisonment; $250,000 fine; 3 years SRT; $100 SA
Cts. 3-4: Up to 20 years imprisonment; $250,000 fine; 3 years SRT; $100 SA
Cts. 5-6: Up to 5 years imprisonment; $250,000 fine; 3 years SRT; $100 SA

☑ In Jail  FLEURISAINT
☐ On Bond
☐ No Arrest  WASHINGTON; STEELE; NASSAR

NAME & ADDRESS
of Surety:

PROCEEDINGS: